IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 09-14224 |
| | ) | Judge Robert H. Cleland |
| FRANCIS A. BLAKE and | ) | Magistrate Judge Donald A. Scheer |
| MARY JOAN BLAKE, | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

This matter is before the Court on the plaintiff United States of America's request for an extension of the dispositive motions deadline from March 21, 2011, until March 31, 2011. For good cause shown, the motion is **GRANTED**. The dispositive motions deadline shall is extended to March 31, 2011.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 22, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522